MAURICE SEGAR *v.* NANCY C. LOUNSBURY, ADMINISTRATRIX (ESTATE OF C. C. LOUNSBURY), ET AL.

KING, C. J., MURPHY, ALCORN, SHANNON and HOUSE, JS.

Argued June 4—decided June 15, 1965

*Donald P. Chernoff* and *Edward S. Pomeranz*, for the appellants (defendants).

*Francis J. Pavetti,* with whom was *Max M. Shapiro,* for the appellee (plaintiff).

PER CURIAM. The workmen's compensation commissioner found that the plaintiff sustained injuries arising out of and in the course of his employment after a slight deviation from the normal course of his usual duties for his employer. The issue was one of fact which was decided by the commissioner adversely to the claims of the defendants. *Labbe* v. *American Brass Co.,* 132 Conn. 606, 609, 46 A.2d 339. That decision withstands attack.

There is no error.